UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OVLAS TRADING, S.A.<br>    Plaintiff<br><br>VERSUS<br><br>SNOW CRYSTAL SHIPPING, LTD., HOLY HOUSE SHIPPING A.B., CRITICAL SHIPPING, LTD., CAPE REEFERS (PTY) LTD., UNIVERSAL REEFERS, LTD., HYRAM MARITIME, S.A.L., COOPER T. SMITH STEVEDORING CO., INC., COOPER/CONSOLIDATED, CSA EQUIPMENT COMPANY, L.L.C. and NEW ORLEANS COLD STORAGE AND WAREHOUSE COMPANY, LTD., *in persona*m & M/V SNOW CRYSTAL, her engines, boilers, tackle, furniture, apparel, etc., *in rem*<br>    Defendants | CIVIL ACTION<br><br>NUMBER: 08-4681<br><br>SECTION: "A" (2)<br><br>JUDGE ZAINEY<br><br>MAGISTRATE WILKINSON |

## VERIFIED CLAIM

NOW COMES, Snow Crystal Shipping, Ltd., appearing restrictively herein pursuant to F.R.C.P. Supplemental Rule E (8) through its undersigned attorneys, duly authorized, and shows that it is the sole owner of the M/V SNOW CRYSTAL proceeded against in this action, and is entitled to restitution of same and the right to defend this action on behalf of the vessel *in rem*.

This appearance to defend is expressly restricted to the defense of the *in rem* claim and is for no other purpose.

New Orleans, Louisiana, this 26 day of March, 2009.

1

NO.99935207.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
KEVIN J. LAVIE (#14125)
RAYMOND T. WAID (#31351)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
kevin.lavie@phelps.com

ATTORNEYS FOR DEFENDANTS, SNOW CRYSTAL SHIPPING, LTD. AND HOLY HOUSE SHIPPING A.B.

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**KEVIN J. LAVIE**

who, upon being duly sworn, did depose and say:

1. He is one of the attorneys for Snow Crystal Shipping, Ltd., the sole owner and claimant of the M/V SNOW CRYSTAL;

2. He makes this verification on its behalf for the reason that no officer of said corporation is available in the district to sign this;

3. He is authorized and empowered to make this verification on behalf of the claimant pursuant to written authority obtained from the vessel owners and/or their representatives;

4. He has read the foregoing claim, knows the contents thereof and the same is true to the best of his knowledge, information, and belief, based on Lloyd's Registry documentation and information provided by this client.

_____
KEVIN J. LAVIE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 26TH DAY
OF March, 2008.

_____
NOTARY PUBLIC

Michael M. Butterworth
Notary Public, Notary ID # [illegible]
Orleans Parish Louisiana
My Commission Expires With Life
Louisiana Bar #21265

3